UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:18-cv-00142-CAR |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| J. HARVEY ELERSON, JR., and ) | |
| MICHELL ELERSON, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER DISCHARGING RECEIVER

THIS CAUSE comes before the Court on the United States' Motion to Discharge Receiver ("Motion") [Doc. 75]. The Motion seeks an order discharging Alvin "Bucky" Perry ("Receiver") from his duties imposed on him by the Court's Order Appointing Receiver [Doc. 69], dated February 4, 2025. The government explains the Receiver's limited purpose in this case—"to market and sell the Vessel" belonging to Defendant James Harvey Elerson, Jr.— cannot be accomplished because the Vessel was stolen prior to the scheduled sale date.

Upon consideration, it is hereby **ORDERED** that:

1. The Motion [Doc. 75] is **GRANTED**,

2. Alvin "Bucky" Perry is discharged as Receiver in this case, and

3. Alvin "Bucky" Perry is released from his obligations under the Order Appointing Receiver [Doc. 69].

**SO ORDERED,** this 5th day of September, 2025.

s/ C. Ashley Royal<br>
C. ASHLEY ROYAL, SENIOR JUDGE<br>
UNITED STATES DISTRICT COURT

2